IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **KIRA FLORECE** *on behalf of herself and others similarly situated*,  Plaintiff,  vs.  **JOSE PEPPER'S RESTAURANTS, L.L.C.** and **EDWARD J. GIESELMAN**,  Defendants. | Case No.: 2:20-cv-2339 |

### *UNOPPOSED* MOTION FOR PRELIMINARY APPROVAL OF AMENDED STIPULATION OF SETTLEMENT AGREEMENT AND RELEASE

COMES NOW, Named Plaintiff and proposed class representative Kira Florece and hereby moves this Court to enter an order granting conditional certification under § 216(b) of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and Rule 23 certification under Missouri's Minimum Wage Laws Mo. Rev. Stat. § 290.500, *et seq.*, ("MMWL"). On August 16, 2021, this Court granted these requests (Doc. 89). The Court also requested additional information from the Parties and corrections regarding the proposed Stipulation of Settlement Agreement and Release and the related class notices. In turn, Plaintiff seeks preliminary approval of the Parties' Amended Stipulation of Settlement Agreement and Release. In support of this Motion, Plaintiff has contemporaneously filed a supporting memorandum. Attached to that memorandum as Exhibit E is the fully executed Amended Stipulation of Settlement Agreement and Release. Defendants are not opposed to the requests made herein.

WHEREFORE, Plaintiff respectfully requests that this Court issue an order granting preliminary approval of the Amended Stipulation of Settlement Agreement and Release, an order

1

approving the issuance of the Notice referenced therein under said Agreement's terms and conditions, and an order setting a final fairness hearing before the Court (to occur on a date more than 60 days after issuance of said order).

Respectfully submitted,



*/s/ Brendan J. Donelon*
Brendan J. Donelon, KS 17420
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel:    (816) 221-7100
Fax:   (816) 709-1044
brendan@donelonpc.com

Brandon J.B. Boulware, KS # 25840
Erin D. Lawrence, KS # 25153
BOULWARE LAW LLC
1600 Genessee, Suite 416
Kansas City, MO 64102
Tel: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
erin@boulware-law.com

Attorneys for Plaintiff

<u>Certificate of Service</u>

I hereby certify that on <u>September 3, 2021</u> a copy of the above was sent via this Court's CM/ECF policies and procedures to all parties' counsel as registered with the Court:

Tyler C. Hibler
Jessica L. Barranco
HUSCH BLACKWELL LLP
4801 Main Street,
Suite 1000
Kansas City, MO 64112-2551
Direct:  816.983.8325
Fax:  816.983.8080
Tyler.Hibler@huschblackwell.com
Jessica.barranco@huschblackwell.com

Attorneys for Defendant